# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAM FARROW,<br><br>     Petitioner,<br><br>     v.<br><br>L. MARTINEZ, Warden,<br><br>     Respondent. | Case No. 5:21-cv-1993-DOC (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 19, 2024

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE